UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2021 JUL -1 PM 2: 42

U.S. DISTRICT
DLE DISTRICT OF
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.                                      CASE NO. 3:21-cr-64-BJD-JRK

ETHAN BURKETT

## INFORMATION

The Acting United States Attorney charges:

### COUNT ONE
### (Deprivation of Rights Under Color of Law)

On or about March 3, 2020, in the Middle District of Florida, the defendant,

ETHAN BURKETT,

then employed as a corrections officer, a sergeant, at the Hamilton Correctional Institution Annex ("HCI") in Jasper, Florida, while acting under color of law and while aiding and abetting other officers, repeatedly struck an inmate who was restrained, C.S., an inmate incarcerated at HCI, and willfully deprived C.S. of the right, secured and protected by the Constitution and laws of the United States, to be free from excessive force amounting to cruel and unusual punishment, which resulted in bodily injury to C.S.

In violation of 18 U.S.C. §§ 242 and 2.

KARIN HOPPMANN
Acting United States Attorney

By: _____
Ashley Washington
Assistant United States Attorney

By: _____
Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division